JOHN D. VAN HORN, complainant-appellant,

*v.*

SAMUEL R. DEMAREST, JR., executor, et al., defendants-respondents.

[Argued March 4th and 7th, 1910. Decided June 20th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported in *76 N. J. Eq.* (*6 Buch.*) *386.*

*Mr. Elmer W. Demarest,* for the appellant.

*Mr. Peter W. Stagg,* for the respondents.

PER CURIAM.

The decree in this case should be affirmed, for the reasons given by Vice-Chancellor Stevenson. We are not to be understood, however, as holding that the case was one of equitable jurisdiction. No objection was made on this ground, and it would be wrong to dismiss the bill for that reason at this stage of the proceedings.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.